IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

No. 4:21-CV-152-FL

| | | |
|---|---|---|
| FIRST UNITED METHODIST CHURCH OF MOREHEAD CITY, | ) ) ) | |
| Plaintiff, | ) ) ) | ORDER |
| v. | ) ) | |
| INDIAN HARBOR INSURANCE COMPANY, LEXINGTON INSURANCE COMPANY, QBE SPECIALTY INSURANCE COMPANY, STEADFAST INSURANCE COMPANY, UNITED SPECIALTY INSURANCE COMPANY, GENERAL SECURITY INDEMNITY COMPANY OF ARIZONA "SCO", OLD REPUBLIC UNION INSURANCE COMPANY, SAFETY SPECIALTY INSURANCE COMPANY, CERTAIN UNDERWRITERS AT LLOYDS, LONDON, HDI GLOBAL SPECIALTY, SE, *f/k/a International Co. of Hannover SE*, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

The court has been advised that the parties have settled all matters in controversy among them. Therefore, this matter is DISMISSED subject to the right of any party to file a motion to reopen the case should settlement not be consummated within 45 days hereof. **The parties are directed to file their Stipulation of Dismissal with Prejudice on or before February 3, 2022.**

As there appears to be no further reason at this time to maintain the file as an open one for statistical purposes, this case is removed from the active docket.

SO ORDERED, this 20th day of December, 2021.

                                                                    LOUISE W. FLANAGAN  
                                                                    United States District Judge